**FILED**

**DEC 04 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | **3:24 CR 445** |
| Plaintiff, | ) | **JUDGE HELMICK** |
| | ) | **MAG. JUDGE CLAY** |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| JAVIER CHACON RIOS, | ) | Sections 922(g)(5), 922(j), |
| ███████████ | ) | 924(a)(2), 924(a)(8), and 2 |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(5), 924(a)(8) and 2)

The Grand Jury charges:

1. On or about June 9, 2024 in the Northern District of Ohio, Western Division, Defendants JAVIER CHACON-RIOS ███████████ knowingly being aliens who are illegally or unlawfully in the United States, knowingly possessed a Ruger LCP, .380 caliber pistol, bearing serial number 379118348, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(8), and 2.

COUNT 2
(Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2))

The Grand Jury further charges:

2. On or about June 9, 2024, in the Northern District of Ohio, Western Division, Defendant JAVIER CHACON-RIOS did knowingly possess, conceal, store, or dispose of any stolen firearm, to wit: a Ruger LCP, .380 caliber pistol, bearing serial number 379118348, said

ORIGINAL

firearm having been shipped and transported in interstate commerce before or after it was stolen, knowing or having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

                                                                    A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.